UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | ) Case No. 4:21-cv-08103-HSG |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| **Hoyah Inc.**, a California Corporation, | ) |
| Defendants. | ) |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of plaintiff and against defendant **Hoyah, Inc.,** a California Corporation in the amount of $4,500.00.

Date:   4/10/2023

_____
Hon. Haywood S Gilliam, Jr.
US DISTRICT JUDGE